UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>           Plaintiff,<br><br>   v.<br><br>MARINA SHIPOVA, et al.,<br><br>           Defendant. | CASE NO. 3:23-CV-5241-RJB<br><br>ORDER DIRECTING PLAINTIFF TO RESPOND TO COURT ORDER |

    The District Court has referred Plaintiff Geneva Langworthy's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22.

    On March 19, 2023, Plaintiff filed a proposed civil complaint and an application to proceed *in forma pauperis* ("IFP"), that is, without paying the filing fee for a civil case. *See* Dkts. 1, 1-1. On April 25, 2023, the Court screened Plaintiff's proposed complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 3 ("Order"). The Court gave Plaintiff leave to file an amended complaint to cure the deficiencies by May 25, 2023 and re-noted the pending Application to Proceed IFP. *Id*.

On May 1, 2023, the Order was returned to the Court as "undeliverable." Dkt. 4. Plaintiff contacted the Court on that same date and advised she had not received a copy of the Order. The Court mailed a copy of the Order to Plaintiff at a New Mexico address. Plaintiff's address was updated with the Court on May 26, 2023, and the Order was again mailed to Plaintiff at the New Mexico address.

At this time, Plaintiff has not responded to the Court's Order or taken any other action in this case. The Court directs Plaintiff to file a proposed amended complaint or adequately respond to the issues identified in the Order on or before June 28, 2023. Failure to do so will result in the Court recommending the Application to Proceed IFP be denied and this case be closed.

The Court directs the Clerk to re-note the Application to Proceed IFP (Dkt. 1) for consideration on June 28, 2023.

Dated this 6th day of June, 2023.

David W. Christel
Chief United States Magistrate Judge