UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARINA SHIPOVA, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:23-CV-5241-RJB<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: August 4, 2023 |

　　The District Court has referred Plaintiff Geneva Langworthy's pending Application to Proceed *In Forma Pauperis* ("IFP") and proposed complaint to United States Magistrate Judge David W. Christel pursuant to Amended General Order 11-22.

　　On March 19, 2023, Plaintiff filed a proposed complaint and an application to proceed *in forma pauperis* ("IFP"), that is, without paying the filing fee for a civil case. *See* Dkts. 1, 1-1. The Application to Proceed IFP was referred to the undersigned on April 18, 2023 and, on April 25, 2023, the Court screened Plaintiff's proposed complaint and found it was deficient because Plaintiff failed to state a claim for which relief may be granted. *See* Dkt. 3 ("Order"). The Court

gave Plaintiff leave to file an amended complaint to cure the deficiencies by May 25, 2023, and re-noted the pending Application to Proceed IFP. *Id.*

On May 1, 2023, the Order was returned to the Court as "undeliverable." Dkt. 4. Plaintiff contacted the Court on that same date and advised she had not received a copy of the Order. The Court mailed a copy of the Order to Plaintiff at a New Mexico address. *See* Docket. Plaintiff's address was updated with the Court on May 26, 2023, and the Order was again mailed to Plaintiff at the New Mexico address. *See* Docket.

Plaintiff did not respond to the Court's Order or take any other action in this case. As such, on June 6, 2023, the Court directed Plaintiff to file a proposed amended complaint or adequately respond to the issues identified in the Order on or before June 28, 2023. Dkt. 5. The Court warned that failure to do so would result in the Court recommending the Application to Proceed IFP be denied and this case be closed. *Id.*

Plaintiff has failed to comply with the Court's Orders. She has not filed a proposed amended complaint correcting the deficiencies contained within the proposed complaint or otherwise responded to the Court's Orders. As Plaintiff has failed to respond to the Court's Orders and prosecute this case, the Court recommends this case be dismissed without prejudice and the Motion for Leave to Proceed IFP (Dkt. 1) be denied as moot.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit

1 | imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on

2 | August 4, 2023, as noted in the caption.

3 |     Dated this 14th day of July, 2023.

*[signature]*

David W. Christel
Chief United States Magistrate Judge