UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GENEVA LANGWORTHY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>MARINA SHIPOVA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 23-5241 RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 6. The Court has considered the Report and Recommendation and the remaining file. It is fully advised.

The Report and Recommendation recommends denial of the Plaintiff's application to proceed *in forma pauperis* ("IFP") and dismissal of the case without prejudice. Dkt. 6. No objections have been filed.

The Report and Recommendation (Dkt. 6) should be adopted. For the reasons stated in the Report and Recommendation, the Plaintiff's IFP application should be denied and the case dismissed without prejudice.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 6) **IS ADOPTED**;
- The Plaintiff's IFP application (Dkt. 1) **IS DENIED;** and
- The case is **DISMISSED WITHOUT PREJUDICE**

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge Christel, all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 7th day of August, 2023.

_____
ROBERT J. BRYAN
United States District Judge